**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GEORGE R. BROWN,**

    **Plaintiff,**

vs.                                                **Case No. 4:17cv399-MW/CAS**

**JULIE JONES, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se, was granted leave to proceed in forma pauperis, ECF No. 9, and in a separate Order, ECF No. 8, directed to file an amended civil rights complaint. Plaintiff's deadline for compliance with that Order, ECF No. 8, was **December 11, 2017**. As of this date, Plaintiff has not complied, nor did he request an extension of time. The prior Order warned Plaintiff that if he failed to comply, this case would be dismissed. As Plaintiff has abandoned this litigation by not complying with a Court Order, this case should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and for failure to comply with a Court Order.

**IN CHAMBERS** at Tallahassee, Florida, on December 20, 2017.

   S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**