**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GEORGE R. BROWN,**

      **Plaintiff,**

**v.**                          **Case No. 4:17cv399-MW/CAS**

**JULIE JONES, et al.,**

      **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation.  ECF No. 10.   Upon consideration, no objections having

been filed by the parties,

      **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's

opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** for

Plaintiff's failure to prosecute and for failure to comply with a court order."  The

Clerk shall close the file.

      **SO ORDERED on January 18, 2018.**

                           **<u>s/Mark E. Walker</u>     **
                           **United States District Judge**